M I L W A U K E E
## JOURNAL SENTINEL

U.S. [DISTRICT] COURT
EASTER[N] DISTRICT-WI
[FILED]

'09 SEP 11 P1 :22

JON W. SANFILIPPO
CLERK

Federal Clerk of Courts
Milwaukee, WI
9/11/2009

Dear Ms. Fink, *Maxwell*

I am requesting to review the probation records of Walter E. Ellis, 6-24-1960. He was in federal custody and on federal supervision in 1990-1992. (1990-CR-44) Since Ellis is no longer under federal supervision, I believe the file should be open to inspection for use in a possible news article. Further, details of Ellis' earlier case(s) are of public interest. I understand from probation officials the file is in storage in Chicago, but they are retrieving it. I am not sure which judge should review this request. I believe former U.S. District Judge Evans sentenced Ellis.

Please contact me with any questions.

Sincerely,

John Diedrich
criminal justice reporter
Milwaukee Journal Sentinel
414-224-2408 direct
414-759-5910 cell

333 WEST STATE STREET, P.O. BOX 661, MILWAUKEE, WISCONSIN 53201-0661  TEL 414.224.2000

(3/03) 081-764